### STATE v. JANN.

(Opinion filed, Feb. 16, 1898.)

Error to circuit court, Roberts county. Hon. A. W. CAMPBELL, Judge.

Bastardy proceedings. Defendant was convicted and brings error. Writ dismissed.

*E. J. Forman, Thomas L. Bouck,* and *Horner & Stewart,* for plaintiff in error.

*Howard Babcock,* States Att'y, and *Melvin Grigsby,* Att'y Gen'l, for defendant in error.

HANEY, J. This proceeding or action was commenced in a justice's court of Roberts county, and prosecuted to judgment in the circuit court of that county. Defendant sued out a writ of error, and removed the case to this court for re-examination and review. For the reasons stated in State v. Knowles, 10 S. D. 471, 74 N. W. 201 (decided at the present term,) we hold that the action of the circuit court herein cannot be reviewed by writ of error, and the proceedings in this court are dismissed.